**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
Jason H. Kim (Bar No. 220279)
300 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Tel: (213) 835 1550
Fax: (415) 421-7105
jkim@schneiderwallace.com

**GRANT & EISENHOFER P.A.**
Olav A. Haazen (*pro hac vice* pending)
Alice Y. Lee (*pro hac vice* pending)
485 Lexington Ave., 29th Fl.
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
ohaazen@gelaw.com
acho@gelaw.com

*Attorneys for the Applicant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re *Ex Parte* Application of DEKA INVESTMENT GMBH,<br><br>Applicant,<br><br>For an Order Granting Leave to Obtain Discovery from BYRNE & NIXON LLP,<br><br>Respondent,<br><br>For Use in a Foreign Proceeding, Pursuant to 28 U.S.C. § 1782 | Misc. Action No.:<br><br>***EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

    By its counsel, the applicant Deka Investment GmbH ("Deka" or the "Applicant") respectfully makes this *ex parte* Application for an order pursuant to

1

***EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**

28 U.S.C. § 1782, authorizing the Applicant to serve a subpoena for the production of documents on Byrne & Nixon LLP ("Byrne & Nixon" or the "Respondent") for use in a foreign litigation (the "Application"). This Application is supported by a Memorandum of Law, Declaration of Alice Y. Lee, Esq., dated May 16, 2024 ("Lee Declaration"), and exhibits thereto, and Declaration of Marc Schiefer, Esq., dated May 16, 2024, and exhibits thereto, all filed concurrently herewith. A proposed order is submitted herewith and a subpoena (the "Subpoena") is attached to the Lee Declaration as **Exhibit H**.

The Applicant seeks to serve a subpoena for the production of documents on Byrne & Nixon for use in civil damages proceedings that the clients of Grant & Eisenhofer P.A. filed against Volkswagen AG ("Volkswagen") and Porsche Automobil Holding SE ("Porsche"), both German corporations, in the Regional Courts and the Higher Regional Courts of Braunschweig and Stuttgart, Germany (collectively, the "German Actions").

The German Actions were initiated against Volkswagen on March 16, 2016 and September 18, 2016, in the Regional Court of Braunschweig (*Landgericht Braunschweig*) and against Porsche on September 18, 2016, in the Regional Court in Stuttgart (*Landgericht Stuttgart*). By order dated March 8, 2017, the Higher Regional Court of Braunschweig designated Deka as the Model Plaintiff against Volkswagen and Deka's case as the model case.

This Application meets the requirements of Section 1782. The Applicant is a plaintiff in the German Actions and thus an interested party for purposes of Section 1782, and the discovery it seeks is for use in the German Actions. The Applicant has filed its application "in the district court in which [the] person resides or is found," as Byrne & Nixon has its offices in Los Angeles County and can thus be found in this district. Neither Byrne & Nixon nor its former client James Robert Liang is a party or anticipated party to the German Actions, which places them beyond the German courts' jurisdictional reach. Further, the Applicant is not using

this Application to circumvent foreign proof-taking restrictions, and the German courts are receptive to U.S. court assistance. The discovery sought is highly relevant to the German Actions and is neither burdensome nor unduly intrusive. *See Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 262-65 (2004). Granting this Application would also further the twin aims of Section 1782 of providing an efficient means of assistance to participants in international litigation and encouraging foreign countries to provide similar means of assistance to U.S. courts and litigants.

Section 1782 applications are commonly made and granted *ex parte* and – after the application is authorized by the court and issued by the applicant – any privilege issues or other challenges can be raised by the respondent and resolved via a motion to quash pursuant to Fed. R. Civ. P. 45(d)(3), "which mitigates concerns regarding any unfairness of granting the application *ex parte*." *In re Align Tech., Inc.*, No. 2:22-MC-00236-SB-MAA, 2022 WL 18460717, at *3 (C.D. Cal. Dec. 15, 2022), *report and recommendation adopted*, No. 2:22-MC-00236-SB-MAA, 2023 WL 405316 (C.D. Cal. Jan. 24, 2023).

WHEREFORE, the Applicant respectfully requests that this Court enter an Order:

1. granting the Application for discovery and permitting the issuance of a subpoena substantially in the form of **Exhibit H** to the Lee Declaration submitted herewith;

2. directing Byrne & Nixon to produce the documents in its possession, custody, or control, as requested in Schedule A to the Subpoena; and

3. granting such other and further relief as the Court deems appropriate.

***EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**

Dated: May 21, 2024
Los Angeles, California

Respectfully submitted,

BY: /S/ JASON H. KIM

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
Jason H. Kim (Bar No. 220279)
300 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Tel: (213) 835 1550
Fax: (415) 421-7105
jkim@schneiderwallace.com

**GRANT & EISENHOFER P.A.**
Olav A. Haazen (*pro hac vice* pending)
Alice Y. Lee (*pro hac vice* pending)
485 Lexington Ave., 29th Fl.
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
ohaazen@gelaw.com
acho@gelaw.com

*Attorneys for the Applicant*