UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: *Ex Parte* Application of Deka Investment GmbH | Case No. 2:24-mc-00067-CBM-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Applicant's *Ex Parte* Application for Order Pursuant to 28 U.S.C. § 1782 (ECF 1, 3), all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Respondent's objections to the Report and Recommendation (ECF 39). The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Respondent has objected.

1     The Court accepts the findings and conclusions of the Magistrate
2 Judge and adopts the Report and Recommendation. Applicant's *Ex*
3 *Parte* Application (ECF 1, 3) is **DENIED**.

5 **IT IS SO ORDERED.**

7 Dated: NOVEMBER 27, 2024

10     HONORABLE CONSUELO B. MARSHALL
11     UNITED STATES DISTRICT JUDGE